DISMISS; Opinion issued December 5, 2012.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00735-CV

WAYNE A. MANOR, Appellant

V.

ELLIOTT BRADLEY, VENDEMMIA, L.P. D/B/A RE/MAX PRESTON RD, AND
MARILYN LAIR, Appellees

On Appeal from the 199th
Collin County, Texas
Trial Court Cause No. 199-03657-07

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy
Opinion By Justice O'Neill

Appellant Wayne A. Manor has filed a voluntary motion to dismiss his appeal. *See* TEX. R.

APP. P. 42.1(a)(1). We grant appellant's motion and **DISMISS** this appeal.

MICHAEL J. O'NEILL
JUSTICE

110735F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

WAYNE A. MANOR , Appellant

No. 05-11-00735-CV          V.

ELLIOT BRADLEY, VENDEMMIA L.P.,
d/b/a RE/MAX PRESTON ROAD, AND
MARILYN LAIR, Appellees

Appeal from the 199th Judicial District
Court of Collin County, Texas. (Tr.Ct.No.
199-3657-07).
Opinion delivered by Justice O'Neill,
Justices Bridges and Murphy participating.

     Based on the Court's opinion of this date, we DISMISS this appeal.  We **ORDER**
appellees Elliot Bradley, Vendemmia L.P. d/b/a Re/Max Preston Road, and Marilyn Lair recover
their costs of this appeal from appellant Wayne A. Manor.

Judgment entered December 5, 2012.


MICHAEL J. O'NEILL
JUSTICE